

FIG. 2



FIG. 3

**U.S. Patent**  Jun. 13, 2006  Sheet 3 of 3  US D522,753 S



FIG. 4



FIG. 5



FIG. 6



FIG. 7

EXHIBIT "2"
[Page 4 of 4]

23

**EXHIBIT 3**



EXHIBIT "3"

**EXHIBIT 4**