JS-6

FILED
CLERK, U.S. DISTRICT COURT

APR 17 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

MICHAEL L. WACHTELL (SBN: 47218)
mwachtell@buchalter.com
RICHARD P. ORMOND (SBN: 207442)
rormond@buchalter.com
MATTHEW L. SEROR (SBN: 235043)
mseror@buchalter.com
BUCHALTER NEMER, A Professional Corporation
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-2457
Tel: (213) 891-0700; Fax: (213) 896-0400

Attorneys for Plaintiff and Counter-defendant
OLIVET INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVET INTERNATIONAL, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> RICARDO BEVERLY HILLS, a California corporation, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIM | Case No. CV08-00539 AHM (RCx) <br><br> STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1) |

**IT IS HEREBY STIPULATED** by and between Plaintiff and Counter-defendant Olivet International, Inc. and Defendant and Counterclaimant Ricardo Beverly Hills, through their respective counsel of record, that the above-captioned action be and hereby is dismissed in its entirety with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

///
///
///
///

IT IS SO ORDERED
Dated APR 17 2009
_____
United States District Judge

1       Each of said parties is to bear its own costs and attorney's fees.

2   Dated: December 10, 2008    BUCHALTER NEMER
3                                       A Professional Corporation

4

5                                     By:   /s/ Matthew L. Seror
                                                MATTHEW L. SEROR
6                                     Attorneys for Plaintiff and Counter-defendant
                                    OLIVET INTERNATIONAL, INC.

7   Dated: December 10, 2008    MICHAEL BEST & FRIEDRICH LLP

8

9                                     By:   /s/ Jonathan H. Margolies
                                                JONATHAN H. MARGOLIES
10                                    Attorneys for Defendant and Counterclaimant
                                   RICARDO BEVERLY HILLS

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28